United States District Court
Middle District of Florida
Jacksonville Division

**JOSHUA C. MORRISON,**

 *Plaintiff,*

v.               NO.  3:14-cv-433-J-39PDB

**CSX TRANSPORTATION, INC.**

 *Defendant.*

## Clerk's Minutes

| Proceeding | Settlement Conference |
|---|---|
| Date | October 9, 2015 |
| Time | 10:02 a.m.–2:27 p.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for Plaintiff | Charles Goetsch, Esquire<br>Howard Spier, Esquire |
| Counsel for Defendant | Jacqueline Holmes, Esquire<br>Scott Cairns, Esquire |
| Digital/Reporter | Digital |

Mr. Morrison was present with Messrs. Goetsch and Spier.

Ms. Holmes and Mr. Cairns were present as counsel for the defendants. Sarah Hall, Esquire, was present as the corporate representative.

Judge Barksdale met separately with each party.

The parties settled the case.