UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOSHUA C. MORRISON,**

    **Plaintiff,**

v.                                                         Case No. 3:14-cv-433-J-39PDB

**CSX TRANSPORTATION, INC.,** a
foreign corporation,

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No.55; Stipulation) filed on October 26, 2015. In the Stipulation, the parties indicate their agreement to the dismissal of this case with prejudice. <u>See</u> Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of October, 2015.

                                                                     BRIAN J. DAVIS
                                                                      United States District Judge

***Copies to:***

Counsel of Record

*ap*